United States District Court
Northern District of California

UNITED STATES OF AMERICA,

Plaintiff,

v.

PRENTICE JACKSON,

Defendant.

Case No.: CR 07-0091 CW (KAW)

ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING

On June 1, 2007, Defendant Prentice Jackson was convicted of a violation of 18 U.S.C. § 3146(a)(2) (Failure to Surrender for Service of Sentence). He was sentenced to 21 months of custody and three years of supervised release.

The Form 12 presently before the Court alleges that Defendant violated the following conditions of his supervised release: that he reside for a period of 90 days at a residential re-entry facility, obey the rules of that facility, and participate in outpatient individual and group substance abuse treatment; and that he not use or possess any intoxicant.

At the March 22, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Defender Joyce Leavitt, waived his right to proffer information at a detention hearing, while retaining his right to seek release at a later hearing should his circumstances change. Assistant United States Attorney Brian Lewis appeared on behalf of the United States. Probation officer Alexander Bonneville was also present.

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

1

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: March 22, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge